IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0960-ZLW-BNB

MAUREEN MARTIN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER

---

    It is ORDERED that Plaintiff's Unopposed Motion For Leave To File An Amended Complaint (With Citation Of Authority) is granted.  It is

    FURTHER ORDERED that Plaintiff shall file Plaintiff's Amended Complaint And Jury Demand with the Court on or before September 6, 2005.

    DATED at Denver, Colorado, this  31  day of August, 2005.

                                      BY THE COURT:

                                      s/ Zita L. Weinshienk

                                      _____

                                      ZITA L. WEINSHIENK,  Senior Judge
                                      United States District Court