IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00960-ZLW-BNB

MAUREEN MARTIN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Joint Motion to Modify Scheduling Order** (the "Motion"), filed on December 15, 2005.

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 10, 2006**;

| | |
|---|---|
| Discovery cut-off: | **February 15, 2006**; |
| Dispositive Motion Deadline: | **March 16, 2006**. |

DATED:  December 16, 2005.