IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00960-ZLW-BNB

MAUREEN MARTIN,

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference.  The proposed final pretrial order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall exchange exhibits on or before **April 28, 2006**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **May 18, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the parties shall prepare a proposed final pretrial order, modified as discussed at the conference today, and submit it to the court on or before **May 15, 2006**.

Dated April 18, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge