IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-0960-ZLW-BNB

MAUREEN MARTIN, an incapacitated person,
by her parents and next friends, DAVID MARTIN and REBECCA MARTIN,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation, and
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,
a Wisconsin corporation,

      Defendants.

## ORDER OF DISMISSAL AS TO CERTAIN DEFENDANT

      This matter was before the Court on June 1, 2006, for oral argument on (1) Plaintiff's Motion For Partial Summary Judgment and (2) Defendants' Motion For Partial Summary Judgment.  The Court heard the arguments and statements of counsel, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

      ORDERED that Plaintiff's Motion For Partial Summary Judgment (Doc. No. 33) is granted in part, and the Court declares that Plaintiff's parents' American Family policy contains the unlimited medical and wage loss coverage required to be offered by former Colo. Rev. Stat. § 10-4-710(2)(a)(II) from the date of issuance of the policy.  The policy language is ambiguous as to whether the $200,000 limit applies "per person," or "per person, per accident," and the ambiguity must be construed in favor of Plaintiff.  Thus, the American Family policy must be construed as not complying with former Colo. Rev. Stat. § 10-4-710(2)(b), and Plaintiff is entitled to reformation of the American

Family policy to include enhanced PIP coverage which is not limited by the $200,000 aggregate cap, but rather is "without dollar or time limitations" under former Colo. Rev. Stat. § 10-4-710(2)(a).  It is

FURTHER ORDERED that Plaintiff's motion otherwise is denied.  It is

FURTHER ORDERED that Defendants' Motion For Partial Summary Judgment (Doc. No. 30) is granted in part, and the Amended Complaint and cause of action are dismissed with prejudice as to Defendant American Standard Insurance Company of Wisconsin, since Plaintiff waived enhanced PIP coverage from American Standard and American Standard's offer of such coverage was adequate; and the Court declares that Plaintiff is not entitled to interest under former Colo. Rev. Stat.§ 10-4-708(1.8) for PIP benefits that were paid prior to suit having been filed.  It is

FURTHER ORDERED that Defendants' motion otherwise is denied.  It is

FURTHER ORDERED, that, in the future, the case caption shall be amended to reflect the dismissal of American Standard Insurance Company of Wisconsin.

DATED at Denver, Colorado, this   8   day of June, 2006.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court