IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00960-ZLW-BNB

MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

      Defendant.

---

## ORDER

---

      In accordance with the Court's March 1, 2007, Order staying this action pending interlocutory appeal, it is

      ORDERED that the Trial Preparation Conference and jury trial set for March 28, 2007, and April 30, 2007, respectively, are vacated, to be re-set if necessary upon the conclusion of the appeal.  It is

      FURTHER ORDERED that Defendant shall file a Status Report informing the Court of the status of the appeal on April 20, 2007, or within two days after the date of any Order from the Tenth Circuit acting upon the petition for appeal, whichever date is earlier.

      DATED at Denver, Colorado, this __20__ day of March, 2007.

BY THE COURT:

_Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court