IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

May 16, 2007

                Paul Zuckerman, Court Reporter
                LaDonne Bush, Deputy Clerk

Civil Action No. 05-cv-00960-ZLW-BNB

| | |
|---|---|
| MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN, | Robert B. Carey<br>Cindy R. Ten Pas<br>Glen F. Gordon |
|     Plaintiff, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | Robert W. Harris<br>A. Peter Gregory |
|     Defendant. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

2:13 p.m.    Court in session.

Court's preliminary rulings.

Counsel may submit a CD with jury instructions.

**ORDERED**: Counsel shall submit the following no later than 9:00 a.m. on the Wednesday before trial: (1) jury instructions and (2) proposed voir dire questions.

Discussion regarding the length of trial.

Mr. Harris states that a settlement conference is set with Judge Sanford Brook of the Judicial Arbitration Group.

Counsel stipulate to a jury of seven.

Mr. Carey states Plaintiff plans to have updated expert reports this Friday.

Discussion regarding preservation depositions.

Court prefers that simultaneous trial briefs be filed ten days before trial.

Counsel may refer to admitted exhibits during opening statements.

Opening statements shall be no longer than 15 minutes per side.

Court instructs counsel to inform Nancy Potter, Law Clerk, of any additional stipulations.

Court states that there shall be no surprises at trial.

Counsel will submit revised witness and exhibits lists within ten days.

Argument by Mr. Carey and Mr. Gregory.

Court suggests that counsel confer and then meet with Magistrate Judge Boland regarding certain issues.

**ORDERED:** Defendant's Motion In Limine To Exclude Evidence, Testimony And Argument Before The Jury Concerning June 1, 2006 Oral Ruling And June 8, 2006 Written Ruling That Plaintiff's Reformed PIP Coverage Is Not Subject To Any Aggregate, And To Exclude Evidence, Testimony And Argument Before The Jury That Defendant Is In Violation Of Those Orders, And Certificate of Compliance With D.C. COLO. LCIVR 7.1(A) (Doc. 83) is denied in part as set forth on the record.

**ORDERED:** Defendant's Motion in Limine To Exclude Evidence, Testimony And Argument Before The Jury Concerning Defendant's Failure To Pay PIP Benefits In Excess Of $200,000 And Concerning Plaintiff's Future Medical Benefits And Wage Loss, And Certificate Of Compliance With D.C. COLO. LCIVR 7.1(A) (Doc. 84) is denied in part as set forth on the record.

**ORDERED:** Plaintiff's Motion In Limine (Doc. 85) is granted in part and denied in part as set forth on the record.

**ORDERED:** Conference is continued to Thursday, May 24, 2007, at 2:00 p.m.

3:39 p.m.     Court in recess.

Hearing continued.
Time: 01:26