IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-00960-ZLW-BNB

MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

## ORDER

---

On May 31, 2007, counsel for Plaintiff advised the Court that this case had settled. It is, therefore,

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that the trial set to commence on Monday, June 18, 2007, at 10:30 a.m. is vacated. It is

FURTHER ORDERED that settlement papers shall be filed on or before July 2, 2007. If by that date settlement papers have not been received by the Court, on July 9, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   31   day of May, 2007.

                              BY THE COURT:

                              *[signature]*

                              ZITA L. WEINSHIENK, Senior Judge
                              United States District Court