IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00960-ZLW-BNB

MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Defendant.

---

ORDER

---

It is ORDERED that the Court will consider Plaintiff's Petition To Amend Initial Distribution . . . (Doc. No. 107) when Plaintiff complies with D.C.COLO.L.CivR 7.1A and files a statement pursuant to that rule, which statement shall be filed on or before June 27, 2007.

DATED at Denver, Colorado, this ___19___ day of June, 2007.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court