IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
(Senior Judge Zita L. Weinshienk)
(Magistrate Judge Boyd N. Boland)

Civil Action No.  05-cv-00960-ZLW-BNB

MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN.

Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation

Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter and the Complaint filed therein are hereby dismissed with prejudice as to all claims between Plaintiffs MAUREEN MARTIN, an incapacitated person, by her parents and next friends, DAVID MARTIN and REBECCA MARTIN and Defendant AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, the parties to pay their own costs and attorney's fees in this matter.

DATED this  6  day of  July , 2007.

BY THE COURT:

*[signature: Zita L. Weinshienk]*
United States District Court Judge